*Staff Comment*: The September 18, 2007, proposed amendment of MCR 7.215 reflects revisions recommended by the Michigan Court of Appeals. The amendment would shift responsibility for making an "outcome-determinative" assessment from the entire bench to the panel deciding the case in which the conflict is raised. The amendment would also require the panel to state the disposition it would have reached had it not been required to follow the prior published decision.

The staff comment is not an authoritative construction by the Court.

A copy of this order will be given to the Secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on these proposals may be sent to the Supreme Court Clerk in writing or electronically by January 1, 2008, at P.O. Box 30052, Lansing, MI 48909, or MSC_clerk@courts.mi.gov. When filing a comment, please refer to ADM File No. 2006-06. Your comments and the comments of others will be posted at www.courts.mi.gov/supremecourt/resources/administrative/index.htm.


*Motion for Clarification Denied September 18, 2007:*

PEREZ v FORD MOTOR COMPANY, No. 131655; Court of Appeals No. 249737 (on remand).


*Rehearings Denied September 28, 2007:*

TRENTADUE v BUCKLER AUTOMATIC LAWN SPRINKLER COMPANY. Reported at 479 Mich 378.

CAVANAGH and KELLY, JJ. We would grant rehearing.

WEAVER, J. (*dissenting*). I dissent from the majority of four's decision to deny plaintiffs' motion for a rehearing and repeat the concluding paragraph of my dissent from the majority's opinion in this case, issued July 25, 2007:

Because I disagree with the majority's conclusion that with the enactment of the Revised Judicature Act, the Legislature sought to

abrogate the discovery rule, I would affirm the Court of Appeals decision applying the common-law discovery rule and tolling the period of limitations where plaintiff could not have reasonably discovered the elements of a wrongful death cause of action within the limitations period. [*Trentadue v Buckler Automatic Lawn Sprinkler Co*, 479 Mich 378, 407 (2007) (WEAVER, J., dissenting).]

Clearly, the majority of four's decision in this case reaches an absurd and unjust result, and lacks common sense.